

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00088-CV

**IN THE MATTER OF THE ESTATE OF** Elaine Eisele **ADAMS**

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 14997
Honorable Albert D. Pattillo, III, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
            Liza A. Rodriguez, Justice
            Lori I. Valenzuela, Justice

Delivered and Filed: June 2, 2021

DISMISSED FOR WANT OF PROSECUTION

When the trial court clerk filed a notification of late clerk's record stating that Appellant Duane Adams had failed to pay or make arrangements to pay the fee for preparing the clerk's record and that the appellant was not entitled to appeal without paying the fee, we ordered Adams to provide written proof to this court by May 14, 2021 that either (1) the clerk's fee for preparing the clerk's record had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant was entitled to appeal without paying the clerk's fee. We explained that if Adams failed to respond within the time provided, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal for want of prosecution if clerk's record is not filed due to appellant's fault); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if

appellant fails to comply with an order of this court). Adams has failed to file a written response to our order. Therefore, this appeal is dismissed for want of prosecution.

PER CURIAM